# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| **DANIEL Z. MALDONADO,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | 08-cv-5-bbc |
| v. | |
| **RICK RAEMISCH, Secretary**<br>**Wisconsin Department of Corrections,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the petition of Daniel Maldonado for a writ of habeas corpus is DISMISSED WITH PREJUDICE.


THERESA M. OWENS

_____
**Theresa M. Owens, Clerk**


**Connie A. Korth**                                                                                          2/21/08

_____          _____
**by Deputy Clerk**                                                                                              **Date**